No. 603. CONTINENTAL NUT CO. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied. *Kenneth C. McGuiness* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli,* and *Norton J. Come* for respondent.

No. 612. THEATRICAL PROTECTIVE UNION No. 1, INTERNATIONAL ALLIANCE OF THEATRICAL & STAGE EMPLOYEES, AFL–CIO *v.* PHALEN ET AL. Ct. App. N. Y. Certiorari denied. *Harold P. Spivak* and *Louis Kantor* for petitioner. *Solomon D. Monshine* for respondents.

No. 614. COMMERCIAL NATIONAL BANK OF KANSAS CITY ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Robert B. Langworthy* and *Glenn Thomas* for petitioners. *Solicitor General Griswold, Assistant Attorney General Rogovin, Melva M. Graney,* and *Louis M. Kauder* for the United States.

No. 618. ALABAMA POWER CO. *v.* ALABAMA ELECTRIC COOPERATIVE, INC., ET AL. C. A. 5th Cir. Certiorari denied. *S. Eason Balch, John Bingham,* and *Merrell E. Clark, Jr.,* for petitioner. *J. M. Williams, Jr.,* and *Bennett Boskey* for Alabama Electric Cooperative, Inc., and *Solicitor General Griswold, Assistant Attorney General Weisl, Alan S. Rosenthal,* and *Leonard Schaitman* for the United States et al., respondents.

No. 621. RAGEN *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied. *Herman F. Selvin* for petitioner.